IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KENNETH DEWAYNE IVY                                                      PLAINTIFF

v.                              No. 3:15-cv-166-DPM

UNION PACIFIC RAILROAD COMPANY                              DEFENDANT

ORDER

The firm where I practiced law has represented Riceland Foods for many years. I worked on some Riceland matters while I was at the firm. Union Pacific's new motion, № 20, seeks to bring Riceland into the case as a party. Because my impartiality could reasonably be questioned in the circumstances, I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2016