RECEIVED OCT 29 REC'D

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KENNETH DEWAYNE IVY                        PLAINTIFF

VS.                        NO. 3:15-CV-166-DPM

UNION PACIFIC RAILROAD                    DEFENDANT
CORPORATION and UNION
PACIFIC RAILROAD COMPANY

## AFFIDAVIT OF MAUREEN FONG HINNERS

STATE OF NEBRASKA                      §

COUNTY OF DOUGLAS                     §

On this day, MAUREEN FONG HINNERS, appeared before me, the undersigned notary public, and after being duly sworn said:

1. "My name is Maureen Fong Hinners. I am over the age of eighteen and capable of making this Affidavit. The facts stated in this Affidavit are within my personal knowledge and are true and correct.

2. I am an Assistant Secretary for Union Pacific Railroad Company. As such, I am familiar with the corporate organization of Union Pacific Railroad Company and am capable of explaining same.

3. The St. Louis Southwestern Railway Company was merged into SSW Merger Corp., and SSW Merger Corp. was merged into Union Pacific Railroad Company on September 30, 1997.

4. As a result of the merger, Union Pacific became the successor in interest to the various agreements of the St. Louis Southwestern Railway Company and became the owner of the assets of the St. Louis Southwestern Railway Company."

**EXHIBIT 1**

Further Affiant sayeth not.

*[signature]*
MAUREEN FONG HINNERS

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this 21st day of October, 2015.

*[signature]* Brenda L Frederick
NOTARY PUBLIC in and for
The State of Nebraska

GENERAL NOTARY - State of Nebraska
BRENDA L. FREDERICK
My Comm. Exp. March 5, 2016