**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KENNETH DEWAYNE IVY                                                                                         PLAINTIFF

v.                                              NO. 3:15CV00166 JLH

UNION PACIFIC RAILROAD COMPANY                                                            DEFENDANT

**ORDER**

The unopposed motion to extend the case scheduling deadlines is GRANTED. Document #34. The final scheduling order previously entered is hereby set aside, and this action is removed from the trial docket for the week of November 14, 2016. A new scheduling order with new deadlines will be entered separately.

IT IS SO ORDERED this 10th day of June, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE