**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

| | |
|---|---|
| KENNETH DEWAYNE IVY | PLAINTIFF |
| v.   NO. 3:15CV00166 JLH | |
| UNION PACIFIC RAILROAD COMPANY | DEFENDANT/ THIRD-PARTY PLAINTIFF |
| v. | |
| RICELAND FOODS, INC. | THIRD-PARTY DEFENDANT |

## ORDER

The motion to quash the deposition subpoena for Gary Wolf is GRANTED. Document #38. The Court directs the lawyers to confer in an effort to reach an agreement for the time and place for Wolf's deposition. The place of the deposition could be moved to Little Rock, in which case Wolf would have no problem traveling to Shreveport for trial the following day, or the parties could agree to reschedule the date of the deposition. The discovery deadline of January 19, 2017, is extended for the sole purpose of permitting the plaintiff to depose Wolf in the event that the parties decide to reschedule the deposition for a later date.

IT IS SO ORDERED this 12th day of January, 2017.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE