# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

KENNETH DEWAYNE IVY                                                                                  PLAINTIFF

v.                                              NO. 3:15CV00166 JLH

                                                                                                                     DEFENDANT/
UNION PACIFIC RAILROAD COMPANY                                        THIRD-PARTY PLAINTIFF

v.

RICELAND FOODS, INC.                                                          THIRD-PARTY DEFENDANT

## ORDER

The joint motion for modification of scheduling order is GRANTED. Document #48. This matter is removed from the trial docket for the week of April 3, 2017, and all pending deadlines are set aside. A new scheduling order will be entered separately.

IT IS SO ORDERED this 20th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE