**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

KENNETH DEWAYNE IVY                                                              PLAINTIFF

v.                                        NO. 3:15CV00166 JLH

                                                                                          DEFENDANT/
UNION PACIFIC RAILROAD COMPANY                          THIRD-PARTY PLAINTIFF

v.

RICELAND FOODS, INC.                                        THIRD-PARTY DEFENDANT

## ORDER

This case has been continued and all pending deadlines have been set aside. Therefore, the defendant's motion to strike the plaintiff's experts as untimely is DENIED AS MOOT. Document #46.

IT IS SO ORDERED this 20th day of January, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE