# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH DEWAYNE IVY                                             PLAINTIFF

v.                      NO. 3:15CV00166 JLH

                                                                                        DEFENDANT/
UNION PACIFIC RAILROAD COMPANY                 THIRD-PARTY PLAINTIFF

v.

RICELAND FOODS, INC.                              THIRD-PARTY DEFENDANT

## ORDER

Kenneth Dewayne Ivy's opposed motion to stay deadlines for responses to pretrial motions is GRANTED IN PART and DENIED IN PART. Document #64. The time within which Ivy must respond to the motions filed by Union Pacific Railroad Company is extended up to and including August 14, 2017.

IT IS SO ORDERED this 31st day of July, 2017.

                                                  _____
                                                  J. LEON HOLMES
                                                  UNITED STATES DISTRICT JUDGE