# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KENNETH DEWAYNE IVY                                                                           PLAINTIFF

v.                                          NO. 3:15CV00166 JLH

UNION PACIFIC RAILROAD COMPANY                                                     DEFENDANT

## ORDER

On March 16, 2017, this matter was set for jury trial the week of September 25, 2017. A review of the pretrial disclosure sheets reflects that the parties' trial estimate is six to nine days. The Court has one week set aside in the Jonesboro courtroom at this time and cannot accommodate a trial in excess of one week. Therefore, the Court has determined that this case should be continued. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 7th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE