IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH DEWAYNE IVY**                  **PLAINTIFF**

vs.            Case No. 3:15-cv-166-JLH

**UNION PACIFIC RAILROAD COMPANY**          **DEFENDANT/
THIRD-PARTY PLAINTIFF**

vs.

**RICELAND FOODS, INC.**               **THIRD-PARTY DEFENDANT**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the court that Plaintiff and Defendants have entered into an agreement to resolve all claims asserted by Plaintiff in this lawsuit. The parties are in the process of finalizing the settlement documents and expect to file a stipulation of dismissal within a reasonable amount of time.

        Respectfully submitted,

        **PLAINTIFF KENNETH DEWWAYNE IVY**

        **ALPER & MANN, P.C.**
        9205 REDWOOD AVE.
        BETHESDA, MARYLAND 20817
        TELEPHONE (202) 298-9191

By:    Lawrence Mann*
        Bar No. 43703
        lm.mann@verizon.net

AND  **SANFORD LAW FIRM, PLLC**
        ONE FINANCIAL CENTER
        650 SOUTH SHACKLEFORD, SUITE 411
        LITTLE ROCK, ARKANSAS 72211
        TELEPHONE: (501) 221-0088
        FACSIMILE: (888) 787-2040

By:    Chris Burks
        Ark. Bar No. 2010207
        chris@sanfordlawfirm.com

and   /s/ Josh Sanford
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

AND  **JTB LAW GROUP, LLC**
        155 2nd Street, Suite 4
        Jersey City, New Jersey 07302
        Tel: (201) 630-0000
        Fax: (855) 582-5297

By:    Jason T. Brown*
        jtb@jtblawgroup.com
        (*admitted *pro hac vice*)
        ***Attorneys for Mr. Ivy***

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that on the 15th day of September, 2017, a true and correct copy of the foregoing NOTICE was filed by the CM/ECF system and that the attorneys listed below are subscribers of the electronic notifications generated by the Clerk's filing system:

James C. Baker, Jr., Esq.
Jamie Huffman Jones, Esq.
Friday, Eldredge & Clark, LLP
400 West Capitol Ave., Suite 2000
Little Rock, AR 72201-3522
(501) 370-1576 – Telephone
(501) 376-2147 – Facsimile
baker@fridayfirm.com – Email
**Attorneys for Union Pacific Railroad Company**

Barry Deacon, Esq.
J. Barrett Deacon, Esq.
Whitney D. Lloyd, Esq.
DEACON LAW FIRM, P.A.
P.O. Box 1506
Fayetteville, AR 72702
(479) 582-5353 – Telephone
(479) 582-5454 – Facsimile
bdeacon@deaconlawfirm.com
jbdeacon@deaconlawfirm.com
wlloyd@deaconlawfirm.com
**Attorneys for Riceland Foods, Inc.**

                                                                /s/ Josh Sanford
                                                                **Josh Sanford**